# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 2:15-CR-235 |
| | : | |
| Plaintiff, | : | |
| vs. | : | JUDGE MICHAEL H. WATSON |
| | : | |
| MARK A. EUBANKS | : | |
| Defendant. | : | |

## NOTICE TO DEFENDANT

The United States Attorney for the Southern District of Ohio, through the undersigned Assistant U.S. Attorney, hereby gives notice to the defendant, MARK A EUBANKS, pursuant to 21 U.S.C. §851 and 21 U.S.C. §841(b)(1)(A), that the government intends, for sentencing purposes, to rely on the following previous drug felony conviction of defendant should the defendant be convicted of any violation of the Controlled Substances Act alleged in the Indictment herein:   On or about March 18, 2009, in the Court of Common Pleas of Scioto County, Ohio, in case #09-CR191, the defendant, MARK A. EUBANKS, was sentenced to a consecutive terms of imprisonment of three years, twelve months, and six months, following his convictions for three counts of Trafficking in Drugs/Heroin, in violation of Ohio Revised Code §2925.03, felonies of the second, third and fourth degrees   (Certified copy of Judgment Entry of Sentence attached as Exhibit A).

                                                Respectfully submitted,

                                                CARTER M. STEWART
                                                United States Attorney

                                                s/Michael J. Hunter
                                                MICHAEL J. HUNTER (0076815)
                                                Assistant United States Attorney
                                                303 Marconi Boulevard, Suite 200
                                                Columbus, Ohio   43215
                                                (614) 469-5715
                                                michael.hunter @usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing notice of prior conviction, pursuant to 21 U.S.C. 851 was served this 28th day of October, 2015, electronically on: Keith Yeazel, attorney for Mark A. Eubanks.

s/Michael Hunter
MICHAEL J. HUNTER (0076815)
Assistant United States Attorney