# STATEMENT OF FACTS
## United States v. Mark Eubanks

In 2014, the Federal Bureau of Investigation (FBI) began an investigation of a drug trafficking organization operating in central and southern Ohio. During the course of the investigation, agents identified the defendant, Mark Eubanks as a distributor of narcotics, including heroin. The FBI developed confidential sources who admitted to previously purchasing heroin from Eubanks, and March 2015 and August 2015, at the direction of law enforcement, a confidential source made seven controlled purchases of heroin from Mr. Eubanks, for a total of approximately ten ounces of heroin.

In August and September of 2015, the U.S. District Court approved a request for the interception of wire and electronic communications to and from Mr. Eubanks' cell phone which was being used to facilitate the trafficking of narcotics. Investigators intercepted dozens of phone calls in which Eubanks was discussing the price, quantities and sale of heroin, with many of the transactions where Eubanks would meet with his customers being surveilled by law enforcement.

The investigation culminated on October 15, 2015, when Eubanks and seven co-conspirators were arrested and search warrants were executed on Eubanks' residence, other addresses associated with his heroin trafficking, and a storage unit rented by Eubanks here in the Southern District of Ohio. At his residence, investigators found ~~several ounces~~ of heroin and indicia of drug trafficking, such as digital scales. Inside the storage unit rented by Eubanks, investigators found multiple firearms, along with an additional quantity of heroin. During the investigation, law enforcement further developed additional sources of information that further corroborated that Eubanks had been an ounce and multi-ounce source of supply for heroin for multiple individuals over the pendency of the conspiracy

Defendant Mark Eubanks now admits that between March 2015 and October 15, 2015, he knowingly, intentionally, and unlawfully conspired with other individuals to possess with intent to distribute more than one kilogram of heroin, a Schedule I controlled substance, in the Southern District of Ohio.